FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 8 2025

TAMMY H DOWNS, CLERK
BY: _____ DEP CLERK

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2025 AUG -8 A 9: 29
TAMMY H DOWNS

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 3:25-cv-00155-DPM-ERE

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: SAHelian Deondrae McBroom
ADC # 650775

Address: 300 Correction Drive Newport, AR # 72112

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Marshall
and to Magistrate Judge Ervin

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Dakota Calderone

Position: Jailer

Place of employment: Craighead County Detention Center

Address: 901 Willett Rd. Jonesboro AR # 72401

Name of defendant: Edger Stansfield

Position: Jailer

4

Place of employment: Craighead Detention Center

Address: 901 Willett Rd. Jonesboro AR #72401

Name of defendant: Zach Norwood

Position: Jailer

Place of employment: Craighead County Detention Center

Address: 901 Willett Rd. Jonesboro, AR #72401

Name of defendant: K. White

Position: Jailer

Place of employment: Craighead County Detention Center

Address: 901 Willett Rd. Jonesboro, AR #72401

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: Sahelian Deondre McBroom #65075

Defendants: Dakota Calderone, Edgar Stroudfield, Zach Norwood

5

- ☐ Court (if federal court, name the district; if state court, name the county): _Eastern_
- ☐ Docket Number: _____
- ☐ Name of judge to whom case was assigned: _Patricia S Harris_
- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed without Prejudice_
- ☐ Approximate date of filing lawsuit: _12-15-2022_
- ☐ Approximate date of disposition: _4-25-2024_

IV. Place of present confinement: _Grimes Unit Newport, AR #72112_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__✓__ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _Parole Violation_

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_   No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ____

If not, why? _____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On August 16, 2022 I was moved to an unclean cell by a Cpl Calderone, Standfield and Norwood.

2. Upon entering the cell I was instantly met by a repugnant odor.

3. As I looked around the cell I noticed fecal matter heavily smeared all throughout the cell.

4. I immediately pointed out to the officers that the cell was visably covered in feces and that it would be extremely unsanitary and dangerous to be housed in such conditions.

7

5. I pleaded with Calderone and the other officers for a cell change but was told that I had already been moved once and will not be moved again.

6. Calderone next open the trap located in the center of the cell door and pushed my blanket and matt through which transfered some of the feces from the door onto my blanket and matt.

7. I asked for cleaning chemicals to clean the cell but was told there were none.

8. I asked for a new blanket and matt but was told to make due with what I had.

9. When Calderone returned to feed chow I was unable to eat after my tray was pushed through the trap covered in feces.

10. Calderone being aware of the obvious condition of the cell did nothing to remedy the apparent inhumane living condition.

11. I complained to random officers as they walked through the barracks.

12. I complained to medical as they came through for pill call.

13. I complained to anybody I could but to no avail.

14. I was eventually given a grievance to file on August 17, 2022.

15. On August 18, 2022 a K. White responded to the grievance by writing that someone would be sent to my cell.

16. The next day after no one showed up I appealed K. White's response.

17. I got no response to the appeal and was transferred days later.

18. Before being transferred I was forced to spend 5-6 days in the contaminated cell without any relief from the unsanitary conditions.

19. On most of the days in cell I had to force myself to eat only to throw the food back up.

# Claims for Relief

1. The defendants named herein violated my constitutional right to be free from cruel an unusual punishment in that I was forced to live in a cell covered in feces for 5-6 days and denied cleaning materials

A. The Craighead County Sheriffs Office has a policy that staff will ensure daily house keeping task are completed in all housing areas

B. Inspection by Jail staff to ensure daily cleaning schedules are being followed and the work is properly performed.

C. Plaintiff was left in a cell covered in feces for 5-6 days with no cell clean-up or inspection in accordance with jail policy, as a result Plaintiff was made to suffer at the hands of these officers and un-enforced jail policy.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A. Declare that the named defendants in this Complaint violated my Eighth Amendment Rights when they forced me to live in

※ See Attached ※

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __5__ day of __August__, 20__25__.

_____
S. M93o
Signature(s) of plaintiff(s)

# Relief Requested

A cell covered in feces.

B. Declare that the named defendents violated Craighead County Jail Policy by failing to ensure daily housekeeping tasks and Inspections

C. Award damages Against each defendant that Plaintiff may be entitled to.

D. Grant Plaintiff such other Relief as it may appear Plaintiff is entitled to.

Sahelian McBroom #650775
Grimes Unit
300 Corrections Dr.
Newport, AR 72112



ADC
GRIMES
UNIT

quadient
FIRST-CLASS MAIL
IMI
$002.17⁰
08/06/2025 ZIP 72112
043M31231547
US POSTAGE

United States District Court
    Clerk's Office
Richard Sheppard Arnold U.S. Courthouse
    600 W. Capitol Ave. Suite A-149
    Little Rock, AR 72201-3325