# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SAHELIAN DEONDRAE MCBROOM**  **PLAINTIFF**
**ADC #650775**

V.  NO. 3:25-cv-155-DPM-ERE

**DAKOTA CALDERON,** *et al.*[1]  **DEFENDANTS**

## ORDER

Purported Defendant Zach Norwood, through counsel,[2] has moved to set aside service of process. *Doc. 11*. For cause, the motion explains that Zach Norwood is no longer employed by Craighead County, the Craighead County Sheriff's Office, or the Craighead County Detention Center. In addition, the Craighead County employee who accepted service for purported Defendant Norwood was allegedly unaware he was no longer working there.

Because the attempted service of process on Zach Norwood did not comply with legal requirements, it must be set aside. See FED. R. CIV. P. 4(e); *Barber v. Shock*, No. 4:08-cv-04115-HLJ, 2009 WL 856451 (E.D. Ark. March 30, 2009)

---

[1] **The Clerk is instructed to update the docket sheet to reflect the full and correct names of Defendants Calderon, Stanfill, and White – Dakota Calderon, Edgar Standfill and Kalab White.** *Doc. 10.*

[2] Mr. Norwood appears for the sole and limited purpose of challenging service and does not waive service of process.

(magistrate judge set aside service and process where purported defendant was no longer employed by the county and another employee accepted service).

IT IS THEREFORE ORDERED THAT:

1. Purported Defendant Norwood's motion to set aside service of process (*Doc. 11*) is GRANTED.

2. Service for Defendant Zach Norwood will be set aside.

3. Counsel for the County Defendants is instructed to provide a last-known address for Zach Norwood to the Court, under seal, within fourteen days.

SO ORDERED 1 October 2025.

_____
UNITED STATES MAGISTRATE JUDGE