IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SAHELIAN DEONDRAE MCBROOM**  **PLAINTIFF**
**ADC #650775**

V.              NO. 3:25-cv-155-DPM-ERE

**DAKOTA CALDERON,** *et al.*              **DEFENDANTS**

## ORDER

A summons was returned unexecuted for Defendant Zach Norwood. *Doc. 14*. Counsel for the Craighead County Defendants have provided Defendant Norwood's last-known address to the Court under seal. *Doc. 15*.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare a new summons for Defendant Norwood.

2. The United States Marshal is directed to serve the reissued summons and the complaint (*Doc. 1*), with any attachments, and this Order on Defendant Norwood at his last-known address, provided under seal, without prepayment of fees or costs. Importantly, this Defendant's private mailing address must be *redacted* from the return of service and from any other public portion of the record.

Dated 6 October 2025.

_____
UNITED STATES MAGISTRATE JUDGE