# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

SAHELIAN DEONDRAE MCBROOM                              PLAINTIFF
ADC # 650775

v.                              No. 3:25-cv-155-DPM-ERE

DAKOTA CALDERON, Jailer/Corporal,
Craighead County Detention Center;
EDGAR STANDFILL, Jailer, Craighead
County Detention Center;  ZACH
NORWOOD, Jailer, Craighead County
Detention Center;  and KALAB WHITE,
Jailer, Craighead County Detention Center          DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the Magistrate Judge Ervin's partial recommendation, *Doc. 31*, and overrules the defendants' objections, *Doc. 33*.  Fed. R. Civ. P. 72(b)(3).  Motion for summary judgment on exhaustion, *Doc. 22*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_20 March 2026_