# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**SAHELIAN DEONDRAE MCBROOM**                                   **PLAINTIFF**
**ADC #650775**

**V.**                          **NO. 3:25-cv-155-ERE**

**DAKOTA CALDERON,** *et al.*                                   **DEFENDANTS**

## ORDER

*Pro se* plaintiff Sahelian Deondrae McBroom has filed a motion for discovery requesting that the Court order Defendants to provide him copies of: (1) all incident reports filed against Defendants; (2) any investigative reports made with regard to the grievances that he submitted, including the date, as well as the name and title of the responding officer; (3) specific jail log entries; and (4) specific telephone records. *Doc. 42*. For the reasons explained below, Mr. McBroom's motion is denied.

Mr. McBroom's motion is essentially a request for discovery. As I previously told Mr. McBroom, discovery requests should not be filed with the Court. *Doc. 3 at 2*. Rather, Mr. McBroom should serve discovery requests directly on counsel for Defendants, Melissa Dugger, Association of Arkansas Counties, 1415 West Third Street, Little Rock, Arkansas 72201.

If Defendants fail to timely or completely respond to Mr. McBroom's timely discovery requests, Mr. McBroom may file a motion to compel with the Court at

that time. However, before involving the Court in any discovery dispute, Mr. McBroom must first attempt to confer with Defendants' counsel and attempt to resolve the dispute.[1]

IT IS THEREFORE ORDERED THAT Mr. McBroom's motion (*Doc. 42*) is DENIED.

DATED 13 May 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] To show that this has been done, any future motion to compel must contain a statement that "the parties have conferred in good faith on the specific issue or issues in dispute and that they are not able to resolve their disagreements without the intervention of the Court." See Local Rule 7.2(g).