## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**SAHELIAN DEONDRAE MCBROOM**                                    **PLAINTIFF**
**ADC #650775**

**V.**                              **NO. 3:25-cv-155-ERE**

**DAKOTA CALDERON,** *et al.*                                    **DEFENDANTS**

### ORDER

*Pro se* plaintiff Sahelian Deondrae McBroom has filed a motion to compel requesting that I order Defendants to fully respond to his discovery requests. *Doc. 44.* In Mr. McBroom's declaration filed in support of his motion, he states that he "has in good faith conferred or attempted to confer with the defendants' counsel in an effort to resolve the dispute and conduct discovery without court action." *Doc. 46 at 2.* However, because Mr. McBroom failed to include the discovery responses at issue with his motion and supporting documents, the Court is unable to review the disputed discovery responses.

IT IS THEREFORE ORDERED THAT:

1.      Within fourteen days, Defendants are instructed to respond to Mr. McBroom's motion.

2.      Defendants should attach their discovery responses to their response to Mr. McBroom's motion to compel.

DATED 7 July 2026.

_____
UNITED STATES MAGISTRATE JUDGE